Malcolm A. Heinicke* (CA Bar No. 194174)
Connor W. Hoge* (CA Bar No. 349884)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Malcolm.Heinicke@mto.com
Connor.Hoge@mto.com

Craig Jennings Lavoie* (CA Bar No. 293079)
Adeel Mohammadi* (CA Bar No. 343137)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Craig.Lavoie@mto.com
Adeel.Mohammadi@mto.com

Leah S. Freed (AZ Bar No. 021332)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: (602) 778-3700
Facsimile: (602) 778-3750
Leah.freed@ogletree.com

Attorneys for Defendant
Suns Legacy Partners, L.L.C.
* Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrea Trischan, | No. CV-24-03184-PHX-SHD |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| Suns Legacy Partners, L.L.C., | |
| Defendant. | |

**PLEASE TAKE NOTICE** that all papers filed and served in this proceeding should be served on the undersigned whose contact information is as follows:

Malcolm A. Heinicke* (CA Bar No. 194174)
Connor W. Hoge* (CA Bar No. 349884)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Malcolm.Heinicke@mto.com
Connor.Hoge@mto.com

Craig Jennings Lavoie* (CA Bar No. 293079)
Adeel Mohammadi* (CA Bar No. 343137)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Craig.Lavoie@mto.com
Adeel.Mohammadi@mto.com

Leah S. Freed (AZ Bar No. 021332)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: (602) 778-3700
Facsimile: (602) 778-3750
Leah.freed@ogletree.com

Attorneys for Defendant
Suns Legacy Partners, L.L.C.
* Admitted *pro hac vice*

DATED:  July 30, 2025              MUNGER, TOLLES & OLSON LLP


                                  By:  _____/s/ Malcolm A. Heinicke_____
                                          MALCOLM A. HEINICKE

                                  Attorneys for Defendant
                                  Suns Legacy Partners, L.L.C.

NOTICE OF APPEARANCE

1

2

<u>CERTIFICATE OF SERVICE</u>

3

    I hereby certify that on July 30, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ ECF System for filing, which transmitted notice of the filing to all counsel of record.

4

5

6

*/s/ Malcolm A. Heinicke*
MALCOLM A. HEINICKE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28