```
Eric Amdursky (pro hac vice)
Damali A. Taylor (pro hac vice)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025-7019
Telephone: (650) 473-2600
eamdursky@omm.com
dtaylor@omm.com
```

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrea Trischan,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Suns Legacy Partners, L.L.C.,<br><br>　　　　　Defendant. | No. 24-CV-03184-PHX-SHD<br><br>***EX PARTE* MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT SUNS LEGACY PARTNERS, L.L.C.** |

Pursuant to Local Rule of Civil Procedure 83.3(b)(1), O'Melveny & Myers LLP ("O'Melveny"), by and through the undersigned counsel, hereby moves *ex parte* for an order permitting it and the O'Melveny attorneys who have appeared in this matter, Eric Amdursky and Damali A. Taylor, to withdraw as counsel of record for Defendant Suns Legacy Partners, L.L.C. ("Defendant"). In support of this motion, O'Melveny states as follows:

　　　　1.　　This matter has not been set for trial.

　　　　2.　　Defendant consents to O'Melveny's withdrawal as its counsel of record.

　　　　3.　　Defendant is represented in this matter by separate counsel at Munger Tolles & Olson LLP and Ogletree Deakins P.C., and may be contacted through such counsel at the following addresses and phone numbers:

**MUNGER, TOLLES & OLSON LLP**

Malcolm A. Heinicke
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Malcolm.Heinicke@mto.com

Craig Jennings Lavoie
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Craig.Lavoie@mto.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

Leah S. Freed
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: (602) 778-3700
Facsimile: (602) 778-3750
Leah.Freed@ogletree.com

Accordingly, O'Melveny respectfully requests that the Court enter the proposed order submitted with this motion.

DATED this 8th Day of August, 2025.

                                    **O'MELVENY & MYERS LLP**

                                    By:   */s/ Eric Amdursky*

                                    Eric Amdursky (*pro hac vice*)
                                    Damali A. Taylor (*pro hac vice*)
                                    2765 Sand Hill Road
                                    Menlo Park, CA 94025-7019
                                    Telephone: (650) 473-2600

                                    *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 8, 2025, I electronically transmitted the foregoing document to the United States District Court Clerk's Office using the CM/ECF System for filing and transmittal.

                                            */s/ Eric Amdursky*
                                            Eric Amdursky